MARJIE D. BARROWS (State Bar No. 122129)
KATHLEEN M. DELANEY (State Bar No. 196376)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorneys for Defendants TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

FILED
OCT 24 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

STEVE HERGENROEDER; JULIE HERGENROEDER; MATTHEW HERGENROEDER, a minor, by and through his Guardian Ad Litem JULIE HERGENROEDER; CHRISTOPHER HERGENROEDER, a minor, by and through his Guardian Ad Litem JULIE HERGENROEDER; MICHAEL HERGENROEDER; NATALIE CRAWFORD HERGENROEDER; AND SHELBY HERGENROEDER, a minor, by and through her Guardian Ad Litem NATALIE CRAWFORD HERGENROEDER;

Plaintiffs,

vs.

TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; and DOES 1 through 20, inclusive,

Defendants.

No. 1:06-CV-01232-OWW-SMS

[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO EXCHANGE EXPERT WITNESS DISCLOSURES

Complaint Filed: 07/20/06
Trial Date: 05/20/08

ORDER GRANTING *EX PARTE* APP. FOR ORDER EXTENDING TIME TO EXCHANGE EX. WIT. DISCLOSURES—CASE NO. 1:06-CV-01232-OWW-SMS   1

Having considered Defendant Travelers Property Casualty Insurance Company's *Ex Parte* Application for Order Extending Time to Exchange Expert Witness Disclosures, and any opposition to the same presented by Plaintiffs, IT IS HEREBY ORDERED as follows:

1. The date for expert witness disclosures is continued to November 30, 2007; and

2. The date for supplemental and rebuttal expert disclosure is continued to November 23, 2007. (11-22-07). /s/ OWW

Dated: 10-24, 2007

HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

ORDER GRANTING *EX PARTE* APP. FOR ORDER EXTENDING TIME TO EXCHANGE EX. WIT. DISCLOSURES—CASE NO. 1:06-CV-01232-OWW-SMS   2