MARJIE D. BARROWS (State Bar No. 122129)
KATHLEEN M. DELANEY (State Bar No. 196376)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501

Attorneys for Defendants TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE HERGENROEDER; JULIE HERGENROEDER; MATTHEW HERGENROEDER, a minor, by and through his Guardian Ad Litem JULIE HERGENROEDER; CHRISTOPHER HERGENROEDER, a minor, by and through his Guardian Ad Litem JULIE HERGENROEDER; MICHAEL HERGENROEDER; NATALIE CRAWFORD HERGENROEDER; AND SHELBY HERGENROEDER, a minor, by and through her Guardian Ad Litem NATALIE CRAWFORD HERGENROEDER;<br><br>             Plaintiffs,<br><br>    vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>             Defendants.<br>_____/ | No.  1:06-CV-01232-OWW-SMS<br><br>**AMENDED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO EXCHANGE EXPERT WITNESS DISCLOSURES**<br><br>Complaint Filed:   07/20/06<br>Trial Date:              05/20/08 |

**ORDER GRANTING *EX PARTE* APP. FOR ORDER EXTENDING TIME TO EXCHANGE EX. WIT. DISCLOSURES**—CASE NO. 1:06-CV-01232-OWW-SMS   1

Having considered Defendant Travelers Property Casualty Insurance Company's *Ex Parte* Application for Order Extending Time to Exchange Expert Witness Disclosures, and any opposition to the same presented by Plaintiffs, IT IS HEREBY ORDERED as follows:

1. The date for expert witness disclosures is continued to November 20, 2007; and

2. The date for supplemental and rebuttal expert disclosure is continued to December 20, 2007.

Dated: October 26, 2007        /s/ OLIVER W. WANGER
                               HON. OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE

**RUDLOFF WOOD & BARROWS LLP**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**ORDER GRANTING *EX PARTE* APP. FOR ORDER EXTENDING TIME TO EXCHANGE EX. WIT. DISCLOSURES**—CASE NO. 1:06-CV-01232-OWW-SMS   2

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE BY MAIL
AND ELECTRONIC SUBMISSION VIA CM/ECF
Federal Rules Of Civil Procedure, Rule 77 And 5(B)(2)(D)**

I, Janice Bocage, hereby declare:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of Alameda, California. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608.

I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the electronic service of documents.

I am also personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

On October 29, 2007, I served the within: **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO EXCHANGE EXPERT WITNESS DISCLOSURES** on the parties named below in this action by 1) submitting via electronic submission via CM/ECF and 2) by placing a true copy thereof enclosed in a sealed envelope for collection and mailing on this date, following ordinary business practices, addressed as follows:

William T. McLaughlin II
Timothy R. Sullivan
McLaughlin Sullivan LLP
1396 West Herndon, Suite 106
Fresno, CA 93711-7126
E-mail:  wtm@calitigation.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 29, 2007, at Emeryville, California.

Janice Bocage

**ORDER GRANTING *EX PARTE* APP. FOR ORDER EXTENDING TIME TO EXCHANGE EX. WIT. DISCLOSURES**—CASE NO. 1:06-CV-01232-OWW-SMS    3

PDF created with pdfFactory trial version www.pdffactory.com