```
                                    FILED
                              JUDGMENT ENTERED


                              _____
                                      Date
                              by _____A. Timken_____
                                     Deputy Clerk
                                 U.S. District Court
                              Eastern District of California

                              __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MICHAEL HERGENROEDER, ET.AL.,

       Plaintiff,

vs.    **JUDGMENT IN A CIVIL ACTION**

       1:06-CV-1232 OWW/SMS

TRAVELERS PROPERTY CASUALTY INSURANCE,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that upon completion of a jury trial and the jury having rendered its verdict in favor of defendant Travelers Property Casualty Insurance, Judgment is entered in favor of defendant Travelers Property Casualty Insurance and against the plaintiffs Michael Hergenroeder, Natalie Crawford Hergenroeder, Shelby Hergenroeder - a minor, Christopher Hergenroeder, Julie Hergenroeder, Matthew Hergenroeder and Steve Hergenroeder.

Defendant shall recover its costs of suit.

DATED:  June 9, 2008

                                         VICTORIA C. MINOR, Clerk

                                         /S/ Alice Timken
                            By:
                                         Deputy Clerk