1  William T. McLaughlin II     #116348
   **McLAUGHLIN LAW GROUP LLP**
2  1368 W. Herndon, Suite 103
   Fresno, California 93711
3  Tel:  (559) 439-8200
   Fax: (559) 439-8230
4

5  Attorneys for Plaintiffs, STEVE HERGENROEDER; JULIE HERGENROEDER; MATTHEW
   HERGENROEDER,  CHRISTOPHER HERGENROEDER, MICHAEL HERGENROEDER;
6  NATALIE CRAWFORD HERGENROEDER; and  SHELBY HERGENROEDER

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | STEVE HERGENROEDER; JULIE | No. 1:06-CV-01232-OWW-SMS |
12 | HERGENROEDER; MATTHEW HERGENROEDER, a minor, by and through his | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON** |
13 | Guardian Ad Litem JULIE HERGENROEDER; CHRISTOPHER HERGENROEDER, a minor, | |
14 | by and through his Guardian Ad Litem JULIE HERGENROEDER; MICHAEL | **[Rule 41(a)(2), Fed. R.Civ.P.]** |
15 | HERGENROEDER; NATALIE CRAWFORD HERGENROEDER; and | |
16 | SHELBY HERGENROEDER, a minor, by and through her Guardian Ad Litem NATALIE | |
17 | CRAWFORD HERGENROEDER; | |
18 |           Plaintiffs, | |
19 |   v. | |
20 | TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, and DOES 1 through | |
21 | 20, inclusive, | |
22 |           Defendants. | |
23 | | |

24  ///

25  ///

26  ///

27  ///

MCLAUGHLIN LAW
GROUP LLP
1368 W. Herndon
Suite 103
Fresno, CA  93711

28  ///

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1    The parties hereto, by and through their respective counsel of record, and

2    **pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure**, hereby agree and stipulate

3    that the above-captioned action be dismissed with prejudice forthwith and without further

4    proceeding in accordance with the terms of the parties' Settlement Agreement and General

5    Release in Full.

6         **IT IS SO STIPULATED**.

7

8    Dated: January ___, 2009                    **McLAUGHLIN LAW GROUP LLP**

9

10                                            By:_____
                                                  William T. McLaughlin II
                                                  Attorneys for Plaintiffs STEVE
11                                                HERGENROEDER; JULIE
                                                  HERGENROEDER; MATTHEW
12                                                HERGENROEDER,  CHRISTOPHER
                                                  HERGENROEDER, MICHAEL
13                                                HERGENROEDER; NATALIE CRAWFORD
                                                  HERGENROEDER; and  SHELBY
14                                                HERGENROEDER

15

16   Dated: January ___, 2009                    **RUDLOFF WOOD & BARROWS LLP**

17

18                                            By:_____
                                                  Kathleen M. Delaney
                                                  Attorney for Defendant TRAVELERS
19                                                PROPERTY CASUALTY INSURANCE
                                                  COMPANY
20

21                              <u>**ORDER OF DISMISSAL**</u>

22        Based on the above-stated stipulation, and good cause otherwise appearing, **IT IS**

23   **ORDERED** that this action is dismissed with prejudice.

24   Dated: January 28, 2009

25                                            /s/ OLIVER W. WANGER
                                             Honorable Oliver W. Wanger
26                                           United States District Court

27

28   00026957.000.DOC

McLaughlin Law
GROUP LLP
1368 W. Herndon
Suite 103
Fresno, CA  93711

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com